IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10362
Conference Calendar
_____

THURMAN CHANDLER,

Plaintiff-Appellant,

versus

LEE HANEY, Honorable; FRANK GRIFFIN;
JOHN DOE; RICHARD ROE; WILLIAM ZOE;
LESLIE VAUGHN,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:95-CV-80-C
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Thurman Chandler, prisoner #668780, appeals the district
court's dismissal as frivolous of his 42 U.S.C. § 1983 action
against Brown County, Texas, District Attorney Lee Haney;
assistant district attorneys, Frank Griffin and three unnamed
persons; and retained counsel Leslie Vaughn. Chandler alleged
that the defendants conspired to cause him to lose in a

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

forfeiture proceeding $16,339 seized as property gained from the commission of a felony.

We have examined Chandler's arguments and the record and affirm the district court's decision on the grounds that Chandler's conclusional allegations of a conspiracy are insufficient to state a claim under § 1983.  See Mills v. Criminal Dist. Court No. 3, 837 F.2d 677, 679 (5th Cir. 1988)(conclusional allegations of conspiracy without a sufficient factual basis will not support a claim of conspiracy).  We do not reach the question of absolute immunity addressed by the district court.

AFFIRMED.